AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 13, 2025**

SEAN F. McAVOY, CLERK

MELISSA EGGERS,
*Plaintiff*
v.

THE HEALING LODGE OF THE SEVEN NATIONS and DANIELLE STENSGAR,
*Defendant*

Civil Action No. 2:24-CV-00078-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Renewed Motion to Dismiss Claims Against Healing Lodge and Danielle Stensgar, ECF No. 22, is GRANTED, in part. The claims asserted again the Healing Lodge of the Seven Nations are dismissed, with prejudice. The claims asserted against Danielle Stensgar in her official capacity are dismissed, with prejudice.
The remaining state law claims being asserted against Danielle Stensgar in her individual capacity are remanded to Spokane County Superior Court. Judgment in favor of Defendant The Healing Lodge for all claims and Danielle Stensgar for claims asserted against her in her official capacity and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Stan Bastian

Date: August 13th, 2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore